1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VICTORIA WRIGHT,                           No.  1:23-cv-00237-JLT-SKO

12               Plaintiff,

13        v.                                     ORDER DIRECTING CLERK TO CLOSE
                                                 THE CASE
14   RASH CURTIS & ASSOCIATES, INC.,
                                                 (Doc. 17)
15
                 Defendant.
16

17

18        On February 27, 2024, the parties filed a joint stipulation dismissing the action with

19   prejudice.  (Doc. 17.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

20   R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

21   been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

22

23
     IT IS SO ORDERED.
24
     Dated:  __**February 27, 2024**__          ____*/s/ Sheila K. Oberto*____
25
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28